IN the INTEREST OF: R.E.M., a Minor

Petition of: R.E.M., a Minor

No. 566 MAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**